*26 Vroom.* Herbert v. Curtis.

---

FRANCIS M. HERBERT v. THOMAS A. CURTIS.

Where the return to a writ of *certiorari* directed to the Court of Common Pleas sets forth the facts found by that court upon the trial of an appeal, this court will not review such findings. If no error of law appears on the record the judgment will be affirmed.

On *certiorari* to the Monmouth Pleas.

Argued at June Term, 1892, before Justices VAN SYCKEL, MAGIE and GARRISON.

For the prosecutor, *James Steen.*

For the defendant, *Nevius & Wilson.*

The opinion of the court was delivered by

GARRISON, J.   The prosecutor seeks to reverse the judgment rendered against him in the Common Pleas upon a trial of an appeal from the court for the trial of small causes, upon the ground that he was a guarantor and not an original contractor in respect to the debt upon which the judgment is founded.   This defence is not now open to him in this court. The Court of Common Pleas found as a fact that the prosecutor requested the services of the defendant as a physician and employed him to attend his father.   Upon the contract thus arising a recovery was had.   We cannot look into the testimony to see whether we would have come to the same conclusion.   The case has been tried, and the record before us discloses no error.

Let the judgment be affirmed.